UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DDK ACQUISITIONS, LLC,

        Plaintiff,        Case No. 22-cv-12317
                               Hon. Matthew F. Leitman

vs.

THE HANOVER INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties, through their respective counsel, stipulate pursuant to Fed. R. Civ. P. 41(a)(ii) to a dismissal without prejudice and without costs.

| | |
|---|---|
| */s/ Jason J. Liss* | */s/Nicole E. Wilinski (by consent)* |
| Jason J. Liss (P48742) | Nicole E. Wilinski (P61904) |
| **Fabian, Sklar, King & Liss, P.C.** | **Collins Einhorn Farrell, P.C.** |
| Attorneys for DDK Acquisitions, LLC | Attorneys for The Hanover Ins. Co. |
| 33450 W. Twelve Mile Road | 4000 Town Center, 9th Floor |
| Farmington Hills, MI 48331 | Southfield, MI 48075 |
| (248) 553-2000 | (248) 355-4141 |
| jliss@fabiansklar.com | nicole.wilinski@ceflawyers.com |
| | |
| | */s/Theresa A. Bodwin (by consent)* |
| | Theresa A. Bodwin (P78913) |
| | **Zausmer, P.C.** |
| | Attorneys for Brown & Brown, Inc. |
| | 32255 Northwestern Hwy., Ste. 225 |
| | Farmington Hills, MI 48334 |
| | (248) 851-4111 |
| Dated: December 21, 2022 | tbodwin@zausmer.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DDK ACQUISITIONS, LLC,

    Plaintiff,    Case No. 22-cv-12317
              Hon. Matthew F. Leitman

vs.

THE HANOVER INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Based upon the stipulation of the parties, the above-captioned cause of action is dismissed without prejudice and without costs.

  **IT IS SO ORDERED.**

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2022